LAWRENCE CAPITOL, Inc., Plaintiff, Appellant,

v.

STANLEY-WARNER CORPORATION et al., Defendants, Appellants.

No. 5307.

United States Court of Appeals
First Circuit.

May 19, 1958.

Russell Hardy, Sr., Washington, D. C., with whom Jean C. Campopiano, Lawrence, Mass., was on brief, for appellant.

Robert W. Meserve, Boston, Mass., with whom John R. Hally, Nutter, McClennen & Fish, Howard W. Cole, Richard L. Brickley, Brickley, Sears & Cole, Boston, Mass., Joseph Taubman and Stuart H. Aarons, New York City, were on brief, for appellees.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

A judgment will be entered affirming the judgment of the District Court. 152 F.Supp. 889.

CAMDEN LIME COMPANY, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 12444.

United States Court of Appeals
Third Circuit.

Argued May 6, 1958.

Decided May 15, 1958.

Peter Florey, Philadelphia, Pa. (Robert W. Lees, John F. E. Hippel, Philadelphia, Pa., on the brief), for petitioner.

Margaret M. Farmer, Washington, D. C. (Jerome D. Fenton, Gen. Counsel, Thomas J. McDermott, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Fannie M. Boyls, Atty., N. L. R. B., Washington, D. C., on the brief), for respondent.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is a petition to review and set aside a decision and order of the National Labor Relations Board. The petitioner's plant, from the operation of which the charges of unfair labor practice developed, is a small one employing but twenty-five men. The employer, desirous of bargaining relations with organized labor, has found itself involved in difficulty because of the number of suitors for favor. The questions involved are wholly factual and we have no ground for setting aside the conclusions reached. We believe, however, that the order should be confined to the issues raised by the complaint.